# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKIE EVANS,** | |
| **Plaintiff,** | 8:21CV397 |
| vs. | ORDER |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Subscribing to Policy No. NEFL00547702;** | |
| **Defendant.** | |

Counsel for the parties have advised the Court by email that they have agreed to schedule mediation with Rob Keith. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. Counsel shall promptly notify the Court when they have scheduled mediation. The Clerk of Court shall set a case management deadline for **February 27, 2023**: Check for scheduling of mediation.

3. The parties shall notify the Court of the outcome of mediation within 7-days after it takes place.

Dated this 30th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge