# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKIE EVANS,**<br><br>　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Subscribing to Policy No. NEFL00547702;**<br><br>　　　　　　**Defendant.** | **8:21CV397**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **June 2, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 2nd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge